COMMONWEALTH of Pennsylvania,
Respondent

v.

Ryan ZEIGLER, Petitioner

No. 396 EAL 2017

Supreme Court of Pennsylvania.

December 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Rudolph MCGRIFF, Petitioner

No. 333 EAL 2017

Supreme Court of Pennsylvania.

December 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

Patricia MCSPARRAN, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (COMMONWEALTH OF PENNSYLVANIA), Respondent

No. 445 MAL 2017

Supreme Court of Pennsylvania.

December 26, 2017.

## ORDER

PER CURIAM

AND NOW, this 26th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.